# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS COLLINS<br>TDCJ # 00298978,<br><br>Plaintiff,<br><br>VS.<br><br>DEBORAH L. SCHUBERT,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 4:19-4017 |

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this day, the complaint (Dkt. 1) under 42 U.S.C. § 1983 filed by Douglas Collins is **DISMISSED** under 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(b) for failure to state a claim upon which relief can be granted.

SIGNED this day 23rd day of December, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge